O

# United States District Court
# Central District of California

| | |
|---|---|
| PRIMAL ESSENCE INC.<br><br>Plaintiff,<br><br>v.<br><br>DR. DAVE'S PRIMAL ESSENCE, LLC et al.,<br><br>Defendants. | Case № 2:26-cv-01183-ODW (DTBx)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT [21]** |

///
///
///
///
///
///
///
///
///
///
///
///
///

On May 19, 2026, Defendants served Plaintiff with a Federal Rule of Civil Procedure ("Rule") 12(b)(6) motion to dismiss in this case. (Dkt. No. 21.)  On June 5, 2026, Plaintiff filed a First Amended Complaint, less than twenty-one days after Defendants filed the motion. (Dkt. No. 27.)  Rule 15(a)(1) allows plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiff's amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 8, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2